# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR ALL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01642-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO PROCEED WITH ACTION<br><br>(ECF No. 11) |

    Plaintiff Israel Maldonado Ramirez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion to proceed with the action, filed February 10, 2023. (ECF No. 11.)

    On February 1, 2023, the Court screened Plaintiff's complaint, found no cognizable claims for relief, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 10.) Plaintiff's present request to proceed with the action is difficult to decipher; however, Plaintiff's only remedy to proceed with this action is to file an amended complaint in compliance with the Court's February 1, 2023, order on or before **March 6, 2023**.

IT IS SO ORDERED.

Dated:  **February 14, 2023**

                                                UNITED STATES MAGISTRATE JUDGE